**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | <u>Spencer v. Beard, et al.</u> : | CIVIL NO. 3:CV-06-0906 |
| | : | |
| Inmate: | Delos D. Spencer : | (Judge Kosik) |
| | : | |
| ID Number: | EQ-3847 : | (Magistrate Judge Smyser) |

## <u>ORDER</u>

On May 1, 2006, Delos D. Spencer, an inmate currently confined at the State Correctional Institution, Huntingdon, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u>. By Administrative Order dated May 4, 2006, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and an authorization form. Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                            s/Edwin M. Kosik
                                                            United States District Judge

DATE:   June 16 , 2006